UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

TROY CHAPMAN,

        Petitioner,               Case No. 1:22-cv-218

v.                                         Honorable Gordon J. Quist

JAMES SCHIEBNER,

        Respondent.
_____/

**ORDER TO DISMISS WITHOUT PREJUDICE**
**FOR FAILURE TO AMEND**

        This is a habeas corpus action filed by a state prisoner under 28 U.S.C. § 2254.  Petitioner's claims were initially raised along with the claims of twelve other prisoners by a putative "next friend."  The Court denied "next friend" status and, rather than simply dismissing Petitioner's claims, on March 8, 2022, the Court entered an order (ECF No. 22) directing Petitioner to file an amended petition on the form petition provided by the Court containing only the allegations relevant to Petitioner.  The Court allowed 28 days for Petitioner to comply.  The Court warned Petitioner that if he failed to comply, the Court would dismiss his petition without prejudice.

        More than 28 days have elapsed.  Petitioner failed to file the form petition.  Because Petitioner has failed to comply with the Court's order, dismissal of this action without prejudice is appropriate.  Therefore, the Court will issue a judgment dismissing the action without prejudice.

        **IT IS SO ORDERED**.


Dated:   April 28, 2022                        /s/ Gordon J. Quist
                                                                      Gordon J. Quist
                                                                      United States District Judge