UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TROY CHAPMAN,

        Petitioner,

v.

JAMES SCHIEBNER,

        Respondent.

_____/

Case No. 1:22-cv-218

Honorable Gordon J. Quist

## **JUDGMENT**

In accordance with the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to file an amended petition on the approved court form.

Dated: April 28, 2022

/s/ Gordon J. Quist
Gordon J. Quist
United States District Judge